### OPINION OF THE COURT.

MERRITT C. MECHEM, District Judge. The judgment in this case is reversed, upon the grounds announced in the opinion of this court filed in No. 2277, Bissetti v. Roberts el al., 25 N. M. 365, 183 Pac. 403.

PARKER, C. J., and ROBERTS, J., concur.

---

[No. 2279, Aug. 4, 1919.]

### FERREAR v. ROBERTS, Sheriff, et al.

Appeal from District Court, McKinley County; Raynolds, Judge.

Action by Paul Ferrear against R. L. Roberts, sheriff of McKinley county, and another. Judgment for defendant, and plaintiff appeals. Reversed.

A. T. HANNETT and J. W. CHAPMAN, both of Gallup, for appellant.

WILSON & WALTON, of Silver City, and H. C. DENNY, of Gallup, for appellees.

### OPINION OF THE COURT.

MERRITT C. MECHEM, District Judge. The judgment in this case is reversed, upon the grounds announced in the opinion of this court filed in No. 2277, Bissetti v. Roberts el al., 25 N. M. 365, 183 Pac. 403.

PARKER, C. J., and ROBERTS, J., concur.